# Exhibit 1



214 Massachusetts Avenue, NE
Washington, DC 20002
(202) 546-4400
heritage.org

**SENT VIA: EDFOIAManager@ed.gov**

July 29, 2022

U.S. Department of Education
Office of the Secretary, Office of the Executive Secretariat
400 Maryland Avenue, SW, LBJ 7W106
Washington, DC 20202-0121

Dear FOIA Public Liaison

      Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, and the implementing FOIA regulations of the U.S. Department of Education, 34 CFR Part 5, I respectfully request the following records (or records containing the following information) of staff members listed below regarding:

1. All emails to or from individuals who's email address ends in "law.harvard.edu".
2. Records regarding any "Governing for Impact" documents or memorandums.
3. Internet Search history records of visits to the Governing for Impact website, "https://governingforimpact.org/".
4. Records of communications, calendar entries, calendar invites, and documents mentioning the terms:
   - "Governing for Impact"
   - "GFI"
   - "National Student Legal Defense Network"
   - "Addressing Sexual Violence Under Title IX of the Education Amendments of 1972"
   - "The Role of State Laws to Police and Regulate Student Loan Servicing Companies"
   - "Improving the Public Loan Forgiveness Program"
   - "Protecting the Rights of LGBTQ+ Students Under Title IX of the Education Amendments of 1972"
   - "Automating the Discharge of Federal Student Loan Debt for Individuals Who are Totally and Permanently Disabled"
     - Guaranteeing an Educational Environment Free From Discrimination on the Basis of Sex, Including Sexual Orientation or Gender Identity"
   - "Executive Order 14021"
   - "EO 14021"
   - "Federal Preemption and Joint Federal-State Regulation and Oversight of the Department of Education's Federal Student Loan Programs and Federal Student Loan Servicers"
   - "ED-2021-OS-0107-0001"
   - "Docket ID ED–2021–OPE–0077"
   - "Enforcement of Title IX of the Education Amendments of 1972 With Respect to



214 Massachusetts Avenue, NE
Washington, DC 20002
(202) 546-4400
heritage.org

- Discrimination Based on Sexual Orientation and Gender Identity in Light of Bostock v. Clayton County"
- "86 FR 32637"
- "Over 323,000 Federal Student Loan Borrowers to Receive $5.8 Billion in Automatic Total and Permanent Disability Discharges"

Please limit your search to the staff members listed in the table below:

| Name | Position | Office | Email |
| --- | --- | --- | --- |
| John Bailey | Senior Counsel | Office of the General Counsel | (john.bailey@ed.gov) |
| Branden Cobb | Deputy Assistant Secretary for Content Creation | Office of Communications and Outreach | (branden.cobb@ed.gov) |
| Valerie Williams | Director | Office of Special Education Programs | (valerie.williams@ed.gov) |
| Emma Leheny | Principal Deputy General Counsel | Office of the General Counsel | (emma.leheny@ed.gov) |
| Suzanne Goldberg | Deputy Assistant Secretary for Strategic Operations and Outreach | Office for Civil Rights | (suzanne.goldberg@ed.gov) |
| Katherine Neas | Assistant Secretary | Office of Special Education and Rehabilitative Services | (katherine.neas@ed.gov) |
| Shital Shah | Director of Strategic Initiatives | Office of the Secretary and Deputy Secretary | (shital.c.shah@ed.gov) |
| Julie Morgan | Senior Advisor to the Under Secretary | Office of the Under Secretary | (julie.morgan@ed.gov) |
| Joaquín Tamayo | Chief of Staff to the Deputy Secretary | Office of the Secretary and Deputy Secretary | (joaquin.r.tamayo@ed.gov) |
| Staci Monreal | Senior Advisor | Office of the Secretary and Deputy Secretary | (staci.monreal@ed.gov) |
| Toby Merrill | Deputy General Counsel | Office of the General Counsel | (toby.merrill@ed.gov) |



214 Massachusetts Avenue, NE
Washington, DC 20002
(202) 546-4400
heritage.org

| Bonnie Latreille | Ombudsman | Office of Federal Student Aid | (bonnie.latreille@ed.gov) |
|---|---|---|---|
| Rachel Thomas | Acting Assistant Secretary | Office of Communications and Outreach | (rachel.thomas@ed.gov) |
| Rachel Niebling | Deputy Assistant Secretary | Office of Legislation and Congressional Affairs | (rachel.niebling@ed.gov) |
| Sheila Nix | Chief of Staff | Office of the Secretary and Deputy Secretary | (sheila.nix@ed.gov) |
| Supreet Anand | Assistant Deputy Secretary and Director | Office of English Language Acquisition | (supreet.anand@ed.gov) |
| Jessica Cardichon | Deputy Assistant Secretary | Office of Planning Evaluation and Policy Development | (jessica.cardichon@ed.gov) |
| Montserrat Garibay | Senior Advisor for Labor Relations | Office of the Secretary and Deputy Secretary | (montserrat.garibay@ed.gov) |
| Michelle Cooper | Acting Assistant Secretary | Office of Postsecondary Education | (michelle.cooper@ed.gov) |
| Monique Dixon | Deputy Assistant Secretary for Policy | Office for Civil Rights | (monique.dixon@ed.gov) |
| Ruth Ryder | Deputy Assistant Secretary for Policy and Programs | Office of Elementary and Secondary Education | (ruth.ryder@ed.gov) |
| Benjamin Halle | Acting Assistant Secretary | Office of Communications and Outreach | |
| Gregory Schmidt | Senior Counsel | Office of the General Counsel | (gregory.schmidt@ed.gov) |
| Nick Lee | Deputy Assistant Secretary | Office of Planning | |
| Miriam Calderon | Deputy Assistant Secretary for Policy and Early Learning | Office of Elementary and Secondary Education | |
| Gregory Schmidt | Chief of Staff | Office of the General Counsel | (gregory.schmidt@ed.gov) |



214 Massachusetts Avenue, NE
Washington, DC 20002
(202) 546-4400
heritage.org

| Joanna Darcus | Senior Counsel | Office of the General Counsel | (joanna.darcus@ed.gov) |
| William Desmond | Senior Counsel | Office of the General Counsel | (william.desmond@ed.gov) |
| Jessa Mirtle | Senior Counsel | Office of the General Counsel | (jessa.mirtle@ed.gov) |
| Gypsy Moore | Senior Counsel | Office of the General Counsel | (gypsy.moore@ed.gov) |
| Juliana Rinz | Chief of Staff | Office of Planning | (juliana.rinz@ed.gov) |
| Rachel Hegarty | Confidential Assistant | Office of Planning | (rachel.hegarty@ed.gov) |
| Tariq Habash | Special Assistant | Office of Planning | (tariq.habash@ed.gov) |
| Loredana Valtierra | Special Assistant | Office of Planning | (loredana.valtierra2@ed.gov) |
| Catherine McConnell | Special Assistant | Office of Planning | (catherine.mcconnell@ed.gov) |
| Kayla Patrick | Special Assistant | Office of Planning | (kayla.patrick@ed.gov) |
| Donna Harris-Aikens | Senior Policy Advisor | Office of the Secretary and Deputy Secretary | (donna.harris-aikens@ed.gov) |
| Sara Garcia | Special Assistant | Office of Planning | |

Please limit the search for this request from January 20, 2021, to July 29, 2022.

The term "record" means any written, recorded, or graphic matter of any nature whatsoever, regardless of how recorded, and whether original or copy, including, but not limited to, the following: memoranda, reports, expense reports, books, manuals, instructions, financial reports, working papers, records, notes, letters, notices, confirmations, telegrams, receipts, appraisals, pamphlets, magazines, newspapers, prospectuses, inter-office and intra-office communications, electronic mail (emails), MMS or SMS text messages, instant messages, messaging systems (such as iMessage, Microsoft Teams, WhatsApp, Telegram, Signal, Google Chat, Twitter direct messages, Lync, Slack, and Facebook Messenger), contracts, cables, telexes, notations of any type of conversation, telephone call, voicemail, meeting or other communication, bulletins, printed matter, computer printouts, teletypes, invoices, transcripts, diaries, analyses, returns, summaries, minutes, bills, accounts, estimates, projections, comparisons, messages, correspondence, press releases, circulars, financial statements, reviews, opinions, offers, studies and investigations, questionnaires and surveys, and work sheets (and all drafts, preliminary versions, alterations, modifications, revisions, changes, and amendments of any of the foregoing, as well as any attachments or appendices thereto), and graphic or oral records or representations of any kind (including without limitation, photographs, charts, graphs, microfiche, microfilm, videotape,



214 Massachusetts Avenue, NE
Washington, DC 20002
(202) 546-4400
heritage.org

recordings and motion pictures), and electronic, mechanical, and electronic records or representations of any kind (including, without limitation, tapes, cassettes, disks, and recordings) and other written, printed, typed, or other graphic or recorded matter of any kind or nature, however produced or reproduced, and whether preserved in writing, film, tape, disk, videotape or otherwise.  A record bearing any notation not a part of the original text is to be considered a separate record.  A draft or non-identical copy is a separate record within the meaning of this term.

The term "communication" means each manner or means of disclosure or exchange of information (in the form of facts, ideas, inquiries, or otherwise), regardless of means utilized, whether oral, electronic, by document or otherwise, and whether in an in-person meeting, by telephone, facsimile, e-mail (desktop or mobile device), MMS or SMS text message, instant messages, messaging systems (such as iMessage, Microsoft Teams, WhatsApp, Telegram, Signal, Google Chat, Twitter direct messages, Lync, Slack, and Facebook Messenger), regular mail, telexes, releases, or otherwise.

For calendar entries created in Outlook, Teams, Zoom, WebEx or similar programs, the documents should be produced in "memo" form to include all invitees, any notes, and all attachments.   All calendar and calendar entries include any calendars maintained on behalf of these individuals (e.g., by an administrative assistant).  Please do not limit your search to Outlook calendars—we request the production of any calendar—paper or electronic, whether on government-issued or personal devices—used to track or coordinate how these individuals allocate their time on agency business.  We request that you include calendars and invitations created in Outlook, Teams, Zoom, WebEx, or similar programs.

This request for records includes any attachments to those records or other materials enclosed with those records when they were previously transmitted.  To the extent that an email is responsive to our request, our request includes all prior messages sent or received in that email chain, as well as any attachments to the email.

In the interest of expediency and to minimize the research and/or duplication burden on your staff, please send records electronically if possible.  If this is not possible, please notify me before sending to the mailing address listed below.  If access to this request will take longer than 20 business days, please let me know when I might receive records or be able to inspect the requested records.   Please produce responsive documents as soon as they become available.
In all cases, please communicate with me at the below email address.

Please comply fully with 5 U.S.C. § 552 (b).  Accordingly, without limitation to the foregoing, if any portion of this request is denied for any reason, please provide written notice of the records or portions of records that are being withheld and cite each specific exemption of the Freedom of Information Act on which the agency relies.  Moreover, to the extent the agency believes that responsive records may be withheld in part produce all reasonably segregable portions of those



records.

Additionally, please provide all responsive documents even if they are redacted in full.

Fee Waiver Request
This request is primarily and fundamentally for non-commercial purposes.  As a 501(c)(3) nonprofit, Heritage Foundation does not have a commercial purpose and the release of the information requested is not in Heritage Foundation's commercial interest.   Heritage Foundation's mission is to is to formulate and promote public policies based on the principles of free enterprise, limited government, individual freedom, traditional American values, and a strong national defense.  Heritage Foundation uses the information requested and analyzes it in order to educate the public through social media,[1] broadcast media[2] (traditional and nontraditional) and press releases.[3]  The requested information is in the public interest because how prominent Governing for Impact has been in implementing federal agenda items.[4]

Because this is a request by a member of the news media for information of public interest, made in my capacity as an author for the *Daily* Signal[5] (a major news outlet[6]), I request that you waive all applicable fees associated with this request.  As an author for the Daily Signal, I intend to use this FOIA request and other investigatory means to gathers information of potential public interest regarding the records requested and use my editorial skills to turn the raw materials into a distinct work, and distributes that work to my Daily Signal audience.

If you deny this request for a fee waiver, please advise me in advance of the estimated charges if they are to exceed $50.  Please send me a detailed and itemized explanation of those charges.

---

[1] Heritage Foundation.  [@ Heritage] (Accessed: 2022, February 18).  626.8K Followers Twitter. https://twitter.com/Heritage
[2] Fox News.  (Accessed: 2022, February 18).  Heritage Foundation launches Conservative Oversight Project aimed at 'exposing' Biden admin, leftist policies.  https://www.foxnews.com/politics/heritage-conservative-oversight-project-biden-admin-leftist-policies
[3] Heritage Foundation.  (Accessed: 2022, February 18).  Press.  https://www.heritage.org/press .
[4] Fox News.  (Accessed:  2022, July 29).  Secretive Soros-funded group works behind the scenes with Biden admin on policy, documents show  https://www.foxnews.com/politics/secretive-soros-funded-group-works-behind-scenes-biden-admin-policy-documents
[5]Daily Signal.  (Accessed: 2022, February 18). Mike Howell.  https://www.dailysignal.com/author/mike-howell/
[6]Daily Signal.  [@DailySignal] (Accessed: 2022, February 18).  73.7K Followers Twitter. https://twitter.com/DailySignal



Thank you in advance for considering my request.  If you have any questions, or feel you need clarification of this request please contact me at oversightproject@heritage.org.

                Sincerely,

                Mike Howell
                Senior Advisor and Author at The Daily Signal
                The Heritage Foundation
                214 Massachusetts Ave, NE
                Washington, D.C. 20002