# Exhibit 2



UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF THE SECRETARY

FOIA Service Center

August 15, 2022

Mike Howell
Senior Advisor and Author at Daily Signal
Heritage
214 Mass Ave NE
Washington, 20002

FOIA Request No. 22-03272-F

Dear Mike Howell:

This letter is in response to your request dated July 29, 2022, requesting information pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552.  Your request was received in this office on August 1, 2022.  Your request was assigned to the appropriate office(s) within the Department to search for documents that may be responsive to your request.

You have asked for a waiver of all fees, including duplication fees, associated with processing your request based on your requester category as News Media requester. Based on the information you submitted for a fee waiver, that request is granted.

You have the right to seek further assistance from the Department's FOIA Public Liaison, Robert Wehausen.  The Department's FOIA Public Liaison can be reached by:

    Mail:  FOIA Public Liaison
           Office of the Secretary
           U.S. Department of Education
           400 Maryland Ave., SW, LBJ 7W104
           Washington, DC 20202-4500
    E-mail: Robert.Wehausen@ed.gov
    Phone: 202-205-0733
    Fax:    202-401-0920

If you have any questions, or would like the original signed copy of this letter, please contact the FOIA Requester Service Center at (202) 401-8365 or via e-mail at EDFOIAManager@ed.gov.

                Sincerely,

                Elise Cook
                Government Information Specialist