# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION & MIKE HOWELL, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendant. | Civ. A. No. 22-2877 (JMC) |

## JOINT STATUS REPORT

Plaintiffs, The Heritage Foundation and Mike Howell, and Defendant U.S. Department of Education ("Defendant"), through their respective undersigned counsel, hereby submit this Joint Status Report pursuant to the Court's December 7, 2022, Scheduling Order. ECF No. 6.

The Court may recall that a preliminary search for records responsive to Plaintiff's FOIA request yielded roughly 14 GB of material, which Defendant's FOIA professionals estimated to be the rough equivalent of 700,000 pages before de-duplication. The parties met on December 9, 2022, and discussed the likely causes for the inflated amount of material. Defendant proposed several methods for refining the request, including limiting or revising the search terms included in the request or limiting the search to custodians in a particular office within the Department of Education. To assist Plaintiff in revising the scope of its request, Defendant, subsequent to the meeting, provided Plaintiff with a chart detailing the number of items and size (in bytes) of data identified for each custodian as a result of the preliminary search. Plaintiff then requested that Defendant prioritize custodians within the Office of Planning, Evaluation and Policy Development ("OPEPD").

Having reached accord on a narrowed focus using a smaller group of custodians better-tailored to that objective, Defendant ran a second search, which generated approximately 1,900 items for review. Defendant is reviewing the results of the second search for responsiveness and to filter out duplicates, where possible.[1] Defendant hopes to begin productions of responsive records, excluding material exempt from release under the FOIA, by the end of April and will make rolling productions on a monthly basis as soon as its possible thereafter. As Defendant has not yet completed the responsiveness review of the results of its second search, Defendant is not able to project a date by which Defendant expects to complete processing at this time.

Consistent with the Court's December 7, 2022, Scheduling Order, the parties will file their next status report by June 5, 2023.

Dated: March 6, 2022

/s/ *Roman Jankowski*
ROMAN JANKOWSKI
Senior Investigative Counsel
The Heritage Foundation
214 Massachusetts Avenue, NE
Washington, DC 20002
(202) 608-1503
Roman.Jankowski@heritage.org

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar # 481052
United States Attorney

BRIAN P. HUDAK

Chief, Civil Division

By:  /s/       *John Moustakas*
JOHN MOUSTAKAS, D.C. Bar #442076
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2518
john.moustakas@usdoj.gov

*Counsel for Defendant*

---

[1] Regrettably, due to recent change in the Department's e-discovery review platform, the tool used to filter out duplicate email attachments has been lost. Defendant is working to identify potential alternatives to filter out duplicate email attachments.