UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION & MIKE HOWELL,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    Defendant. | Civ. A. No. 22-2877 (JMC) |

## JOINT STATUS REPORT

Plaintiffs, The Heritage Foundation and Mike Howell, and Defendant U.S. Department of Education ("Defendant"), through their respective undersigned counsel, hereby submit this Joint Status Report pursuant to the Court's December 7, 2022, Scheduling Order. ECF No. 6.

On April 28, 2023, and May 31, 2023, Defendant produced records responsive to Plaintiff's FOIA request, excluding material exempt from production under the FOIA. Defendant anticipates that it will continue to make productions on a monthly basis until all responsive records have been produced to Plaintiff.

In the course of processing the results of Defendant's second search for responsive records, Defendant identified the need to conduct supplemental, tailored searches to ensure the adequacy of Defendant's overall search for responsive records. As a result, Defendant is not able to project a date by which Defendant expects to complete processing at this time; however, the supplemental, tailored searches will not affect the Department's rolling productions to Plaintiff.

Consistent with the Court's December 7, 2022, Scheduling Order (but adding a week to account for the holiday), the parties will file their next status report by September 11, 2023.

| | |
|---|---|
| Dated: June 5, 2023 | Respectfully submitted, |
| | MATTHEW M. GRAVES, D.C. Bar # 481052<br>United States Attorney |
| /s/ Roman Jankowski<br>ROMAN JANKOWSKI<br>Senior Investigative Counsel<br>The Heritage Foundation<br>214 Massachusetts Avenue, NE<br>Washington, DC 20002<br>(202) 608-1503<br>Roman.Jankowski@heritage.org | BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: /s/ John Moustakas<br>JOHN MOUSTAKAS, D.C. Bar #442076<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2518<br>john.moustakas@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Defendant* |