UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION & MIKE HOWELL, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF EDUCATION, <br><br> Defendant. | Civ. A. No. 22-2877 (JMC) |

## JOINT STATUS REPORT

Plaintiffs, The Heritage Foundation and Mike Howell, and Defendant U.S. Department of Education ("Defendant"), through their respective undersigned counsel, hereby submit this Joint Status Report pursuant to the Court's December 7, 2022 Scheduling Order. ECF No. 6.

Since the parties' June 10, 2024 Joint Status Report, Defendant has made three additional productions of non-exempt material responsive to Plaintiffs' FOIA request, on June 28, July 31, and August 28, 2024. Defendant anticipates that it will continue to make monthly productions until all responsive records have been produced to Plaintiff. Defendant anticipates that it will complete processing of responsive records on or before December 31, 2024.

Consistent with the Court's December 7, 2022 Scheduling Order, the parties will file their next status report by December 10, 2024.

Dated: September 10, 2024                               Respectfully submitted,

                                                            MATTHEW M. GRAVES, D.C. Bar # 481052
                                                            United States Attorney

                                                            BRIAN P. HUDAK

Chief, Civil Division

By: /s/ *Tabitha Bartholomew*
TABITHA BARTHOLOMEW
D.C. Bar # 1044448
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2529
Tabitha.Bartholomew@usdoj.gov

*Attorneys for the United States of America*


/s/ *Samuel Everett Dewey*
Samuel Everett Dewey
CHAMBERS OF SAMUEL EVERETT DEWEY, LLC
2200 12th Court North Apt. 609
Arlington, VA 22201
(703) 261-4194
SamuelDewey@sedchambers.com

*Counsel for Plaintiff*

2