UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION & MIKE HOWELL,<br><br>    Plaintiffs,<br><br>  v.<br><br>DEPARTMENT OF EDUCATION,<br><br>    Defendant. | Civ. A. No. 22-2877 (AHA) |

## JOINT STATUS REPORT

Plaintiffs, The Heritage Foundation and Mike Howell, and Defendant U.S. Department of Education ("Defendant"), through their respective undersigned counsel, hereby submit this Joint Status Report:

Defendant reports that the last interim response was issued to Plaintiff on February 28, 2025. Defendant plans to resume processing this request and anticipates that its next interim response will be on or about July 18, 2025, with subsequent interim responses continuing on a monthly basis until processing is complete.

Consistent with the Court's December 7, 2022 Scheduling Order, the parties will file their next status report by September 5, 2025.

Dated: June 6, 2025        Respectfully submitted,

               JEANINE FERRIS PIRRO

                By: /s/ *Tabitha Bartholomew*
                TABITHA BARTHOLOMEW,
                 D.C. Bar # 1044448

Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2529
Tabitha.Bartholomew@usdoj.gov

*Attorneys for the United States of America*


<u>/s/ Samuel Everett Dewey</u>
Samuel Everett Dewey
CHAMBERS OF SAMUEL EVERETT DEWEY, LLC
2200 12th Court North Apt. 609
Arlington, VA 22201
(703) 261-4194
SamuelDewey@sedchambers.com

*Counsel for Plaintiff*